UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| NATHANIEL C. W. JACKSON, )<br>    Petitioner, )<br>)<br>v. )<br>)<br>SUPERINTENDENT, )<br>    Respondent. ) | No. 3:12 CV 605 |

## OPINION AND ORDER

Nathaniel C. W. Jackson, a *pro se* prisoner, filed a habeas corpus petition challenging the finding of guilt in ISF 12-07-123 by the Disciplinary Hearing Body (DHB) at the Putnamville Correctional Facility on July 12, 2012. In response, the respondent has vacated the sanctions imposed and ordered a re-hearing. Thus, this hearing has not lengthened the duration of Jackson's confinement. A prison disciplinary action can only be challenged in a habeas corpus proceeding where it results in the lengthening of the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). Therefore, this case must be dismissed. If Jackson is found guilty during his re-hearing, he may file a new habeas corpus proceeding challenging that hearing after he has exhausted his administrative appeals.

For the foregoing reasons, this case is **DISMISSED**.

**SO ORDERED.**

Date: December 14, 2012

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT